**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**VINCENT J. NAIMOLI,**

    **Appellant,**

v.                                        **Case No.  8:05-cv-2304-T-30TBM**

**ANCHOR GLASS CONTAINER CORP.,
et al.,**

    **Appellees.**

_____

## **ORDER**

THIS CAUSE comes before the Court upon Appellees' Motion for Reconsideration of the Court's July 7, 2006 (Dkt. #43, Case No. 05-cv-2304) and July 27, 2006 (Dkt. #49, Case No. 8:05-cv-1879) Orders and, in the alternative, Motion for Certification pursuant to 28 U.S.C. §1292(b) (Dkt. #47, Case No. 05-cv-2304), and Appellant's Memorandum of Law In Opposition to Appellees' Motion for Reconsideration (Dkt. #62, Case No. 05-cv-1879). The Court, having considered the motion, response in opposition, memoranda, applicable case law, Title 28 U.S.C. §1292(b), and being otherwise advised in the premises, finds that Appellees' motion should be denied as moot.

Appellees' Motion for Reconsideration of the Court's July 7, 2006 (Dkt. #43) and July 27, 2006 (Dkt. #49) Orders are denied.  To the extent Appellees' seek certification herein pursuant to 28 U.S.C. §1292(b) as to the July 7, 2006 (Dkt. #43) Order, such request is also

denied. Appellees' had the opportunity to appeal this Court's July 7, 2006 decision on direct appeal and chose not to do so.

It is therefore ORDERED AND ADJUDGED that:

Appellees' Motion for Reconsideration of the Court's July 7, 2006 and July 27, 2006 Orders and, in the alternative, Motion for Certification pursuant to 28 U.S.C. §1292(b) (Dkt. #47) is DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida on September 12, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-2304.cert per 12392(b) 47.wpd